**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARCUS DWAYNE THOMPSON,<br>Defendant. | ) | Criminal No. 1:21-cr-00010-SPB |

Hearing Type: Change of Plea Hearing

Date: September 14, 2023

Before: Judge Susan Paradise Baxter

| | |
|---|---|
| AUSA | Paul Sellers, Esq. |
| Defense Counsel | Douglas Sullivan, Esq. |
| Court Reporter | Janis Ferguson |
| Law Clerk/Courtroom Deputy | CSS/SNC |
| Start time | 10:04 AM |
| End time | 10:28 AM |

**SUMMARY OF PROCEEDINGS:**

DEFENDANT PRESENT WITH COUNSEL AND SWORN.

Defendant pleaded guilty to Count 1 of the Indictment. A special assessment of $100 is imposed. PSR ordered. A Presentence order to follow.