**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 1:21-cr-00010-SPB-2 |
| | ) | |
| MARCUS DWAYNE THOMPSON, | ) | |
| Defendant. | ) | |
| | ) | |

Hearing Type: Evidentiary Hearing and Sentencing Hearing

Date: January 4, 2024

Before: Judge Susan Paradise Baxter

| | |
|---|---|
| AUSA | Paul Sellers, Esq. |
| Defense Counsel | Douglas Sullivan., Esq. |
| Court Reporter | Janis Ferguson |
| Law Clerk/Courtroom Deputy | CSS/SNC |
| Start time | 10:49 AM |
| End time | 1:12 PM |

**SUMMARY OF PROCEEDINGS:**

DEFENDANT PRESENT WITH COUNSEL AND SWORN:

Counsel appearances entered. Evidentiary hearing began. Government witness Special Agent Michael Shaffer sworn. Argument held on Motion for Consideration of Safety Valve Eligibility, ECF No. [83]. For the reasons set forth on the record at the evidentiary hearing held this date, the Defendant's Motion is denied and shall issue by separate Order.

Sentencing hearing held. Defendant sentenced to a term of imprisonment of **72 months** at Count 1. The term of imprisonment shall be followed by a term of Supervised Release of **four (4) years**. A special assessment of $100 is imposed. Fine waived due to inability to pay.