AO 432
(Rev. 2/84)

**Administrative Office of the United States Courts**

# WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | PAGE NUMBER |
|---|---|---|---|
| 1/4/2024 | 1:21-cr-00010-SPB | Sam Castorina - Courtroom Deputy | 1 |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| Special Agent Michael Shaffer | Yes | Yes | No | No | SPB |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| 1 | Government Exhibit #1: Photo of floor / vent duct | | Yes |
| 2 | Government Exhibit #2: Photo of plastic bags | | Yes |
| 3 | Government Exhibit #3: Photo of duct and U.S. currency | | Yes |
| 4 | Government Exhibit #4: Photo of duct and U.S. currency | | Yes |
| 5 | Government Exhibit #5: Photo of firearm | | Yes |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Print | Save As... | Export as FDF | Retrieve FDF File | Reset